■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHAWN BOYD, Appellant. [704 NYS2d 831] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated November 17, 1997 (*People v Boyd,* 244 AD2d 497), affirming a judgment of the Supreme Court, Queens County, rendered July 2, 1990.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Mangano, P. J., Goldstein, Luciano and Schmidt, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ENZO CORRENTE, Appellant. [704 NYS2d 827] —Appeal by the defendant from a judgment of the County Court, Suffolk County (Lefkowitz, J.), rendered February 20, 1998, convicting him of harassment in the first degree (two counts), upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in a light most favorable to the People (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]).

The defendant's remaining contentions are without merit. Bracken, J. P., McGinity, Luciano and Feuerstein, JJ., concur.